1  Richard M. Jacobson, Esq. - Bar No. 114520
   **JACOBSON MARKHAM, L.L.P.**
2  8950 Cal Center Drive, Suite 210
   Sacramento, California 95826
3  Telephone: (916) 854-5969
   Facsimile: (916) 854-5965
4
   Attorneys for Defendant,
5  OFFICEMAX INCORPORATED

6

7                  UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 SCOTT N. JOHNSON                  )   CASE NO. 2:07-CV-02790-LEW-KJM
                                     )
11         Plaintiff,                )
                                     )
12      v.                           )   **STIPULATION AND ORDER TO
                                     )   EXTEND TIME TO FILE
                                     )   RESPONSIVE PLEADING**
13 KOBRA PROPERTIES and STONEGATE    )   **[Local Rule 6-144(a)]**
   CONSTRUCTION, INC.,               )
14                                   )
           Defendants.               )
15                                   )
                                     )
16                                   )

17     Plaintiff, Scott N. Johnson and defendant, OfficeMax Incorporated hereby stipulate and agree

18 pursuant to East. Distr. Local Rule 6-144(a) that time for defendant OfficeMax to file and serve a

19 responsive pleading to the complaint shall be extended thirty days, such that a responsive pleading is

20 now due no later than March 7, 2008.

21     IT IS SO STIPULATED.                    SCOTT N. JOHNSON

22

23

24                                              /s/ Scott N. Johnson, Esq.
                                               By: SCOTT N. JOHNSON
25                                             Plaintiff

26 //

27 //

28 ///

                                         1

|  |  |
|---|---|
| 1 | |
| 2 |                                         JACOBSON MARKHAM, L.L.P. |
| 3 | |
| 4 | |
| 5 |                                          /s/ Richard M. Jacobson, Esq. |
| 6 |                                         By: RICHARD M. JACOBSON<br>Attorneys for Defendant, OFFICEMAX INCORPORATED |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | IT IS SO ORDERED |
| 12 | |
| 13 | Dated: 2/5/2008 |
| 14 |                                         /s/ Ronald S. W. Lew<br>Judge of United States District Court |

---

2

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Jacobson Markham LLP
Sacramento, California